# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LIVIA M. SCOTTO,**

    **Plaintiff,**

**vs.**                                    **Case No. 4:18cv311-MW/CAS**

**JESSICA MARIE MCCLEAN,**
**et al.,**

    **Defendants.**
**_____/**

## REPORT AND RECOMMENDATION

This case was initiated on July 3, 2018, by the filing of a civil complaint, ECF No. 1, which was not on a court form. Rather, the pro se Plaintiff submitted a type-written complaint which does not comply with the Federal Rules of Civil Procedure. The complaint does not include a "short and plain statement of the grounds for the court's jurisdiction" as required by Rule 8(a)(1). The complaint does not include any factual allegations which reveal what Defendants are alleged to have done or how Plaintiff has been harmed, and there is no clear demand for relief. *See* Fed. R. Civ. P. 8(a)(2)(,(3). Furthermore, Plaintiff did not sign the complaint as required by

Rule 11(a).  Beyond those deficiencies, Plaintiff has not paid the filing fee for this case nor filed a motion requesting leave to proceed in forma pauperis.

The Court is unable to alert Plaintiff to those deficiencies, however, because the Clerk's "notice," ECF No. 2, which is sent to all pro se litigants at case initiation has been returned to the Court as "undeliverable."  ECF No. 3.  This case cannot continue if Plaintiff is unable to receive mail from this Court.  Accordingly, for all the foregoing reasons, this case should be dismissed.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, ECF No. 1, be **DISMISSED** without prejudice for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on August 30, 2018.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**