IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LIVIA M. SCOTTO,**

    **Plaintiff,**

v.                                                 Case No. 4:18cv311-MW/CAS

**JESSICA MARIE McCLEAN,**
**et al.,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** without prejudice for failure to prosecute." The Clerk shall close the file.

**SO ORDERED on October 17, 2018.**

                                                         s/Mark E. Walker         
                                                         **United States District Judge**

---

[1] This Court notes Plaintiff has failed to keep the Clerk's office advised of her current mailing address as evidenced by returned mail. ECF Nos. 3 and 9.